**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Wenzhou Chuyin Electronics Co., Ltd.,

        Plaintiff,

                                Case No. 1:26-cv-07324

v.

The Partnerships and Unincorporated
Associations Identified on Schedule A,

        Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff moves *ex parte* for leave to temporarily file under seal Schedule A to the Complaint, which identifies the Defendant online storefronts and marketplace accounts at issue, including storefront names/seller identifiers.

Good cause exists to temporarily seal the material because public disclosure of the specific storefront identifiers before service would enable the counterfeit sellers—which resides in foreign jurisdictions, operate online under aliases and can rapidly change storefront names or identifiers—to evade service and frustrate the Court's ability to provide effective relief. If Defendants learn of this action before they are served (and before any Court-authorized relief is implemented), they are likely to (i) delete or modify the accused listings and storefront pages, (ii) migrate to new seller aliases or storefront identifiers, and (iii) transfer or dissipate assets and related proceeds, thereby undermining evidence preservation and the meaningful enforcement of any order or judgment entered in this case.

Plaintiff requests that the seal remain in place only temporarily, until Defendants have been served, or as otherwise ordered by the Court.

DATED: June 23, 2026                                Respectfully submitted,

*/s/ Qin Zhuang*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@yuntinglaw.com
***Counsel for Plaintiff***