Civil Action No. 1:26-cv-07324

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* jiayunsheng

was received by me on *(date)* 10/05/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: On October 5, 2026 (CT), I sent an email to the email addresses provided for Defendant by the third party with the summons, the complaint and the Court' s Order authorizing electronic service.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2026

/s/ Qin Zhuang

*Server's signature*

Qin Zhuang

*Printed name and title*

______________________

*Server's address*

Additional information regarding attempted service, etc: